IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                          4:10-cr-218-DPM-2

EDWARD AVERY
a/k/a Peter Rabbit                                          DEFENDANT

ORDER OF TRANSFER

This case is on the Court's active docket. A Warrant of Arrest was issued on 25 September 2013. Mr. Avery has not been arrested. The Court places the case on fugitive status. The Court will return it to the active docket after Mr. Avery has been arrested.

SO ORDERED.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

5 November 2013